**FILED**

AUG 20 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-110 |
| v. | INDICTMENT |
| NOLAN RYAN RORK, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of a Firearm)

On or about June 10, 2024, in the Southern District of Iowa, the defendant, NOLAN RYAN RORK, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following: a loaded, Taurus, Model PT92AFS, 9mm pistol, with serial number TEW23847; and a loaded, Tanfoglio, F.LLI, S.N.C, Model Easa, .22 caliber revolver, with serial number E03923. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, NOLAN RYAN RORK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Douglas D. Hammerand
Assistant United States Attorney