IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:24-cr-110 |
| v. | ) | |
| | ) | GOVERNMENT'S |
| NOLAN RYAN RORK, | ) | EXHIBITS |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57B, the United States respectfully files in advance the exhibits to be offered at sentencing hearing on March 25, 2025.

| Exhibit | Description |
|---|---|
| 1 | Photo – Defendant holding 2 guns |
| 2 | Photo – Defendant holding a revolver |
| 3 | Photo – Defendant with 2 guns in pants pockets |
| 4 | Photo – Defendant hold a gun w/ baggie w/ white powder in his mouth |
| 5 | Video – Defendant listening to music while holding a gun |
| 6 | Audio – Jail call made by Defendant while in intake |

Respectfully Submitted,

Richard D. Westphal
United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail _____ Fax _____Hand Delivery
__X__ECF/Electronic filing ____Other means
By: */s/ Alyssa DeGraff*, Paralegal ____

By:  */s/  Douglas D. Hammerand*
Douglas D. Hammerand
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: douglas.hammerand@usdoj.gov