

GOVERNMENT
EXHIBIT

1

PENGAD 800-631-6989

4:24-cr-010