IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 4:24-cr-110 |
| ) | |
| NOLAN RYAN RORK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Government Exhibit 5 - Video**

Defendant listening to music while holding a gun