IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 4:24-cr-110 |
| NOLAN RYAN RORK, | ) ) ) | |
| Defendant. | ) ) | |

**Government Exhibit 6 - Audio**

Jail call made by Defendant while in intake