March 19, 2025

Vicky M Rork

~~[redacted]~~

Dear Honorable Chief Judge Rose:

I am writing a letter on behalf of my grandson Nolan Ryan Rork #1380489 who is scheduled to be sentenced on Tuesday March 25, 2025 in your court in Des Moines IA.

Nolan has accepted responsibility and acknowledged his crimes by pleading guilty. I am praying for leniency in the prison time he receives. Nolan was a juvenile when he began running into criminal behavior. He is presently 19 years old. I am begging for his young life. My grandson is fearful we'll all die while he is incarcerated.

Nolan experienced a severe loss of loved ones in the span of a few years. My Dad, my partner, my brother and my Mom all died. A huge impact on Nolan was when my son, his Dad died. I believe Nolan went into a complete tailspin, he did not understand his emotions. I tried through the years to provide Nolan a safe, stable environment when his Dad was unable to due to his addiction.

I believe Nolan has a good heart in spite of the bad choices he has made. Through the years Nolan has had good relationships with my family members. Nolan was helpful, giving and attentive, always willing to hang out and spend time with us. Nolan spent a lot of time with my Dad, he's intelligent and eager to learn.

I appreciate you reading my letter Judge Rose and hope you can sentence Nolan with leniency.

Thank you for your consideration.

Respectfully,

Vicky M Rork

Cheif Judge Rose,

    I would like to start by saying that I appreciate you taking the time to read my letter. My name is Cassandra Rork, I am writing this letter for my son Nolan Ryan Rork who is awaiting Federal sentencing.

    I feel that Nolan understands and has taken accountablility in knowing what he's done is wrong. I am asking that you please consider that when Nolan started down this path of criminal behavior he was hoping to impress his Father and gain his acceptance. His father died of a drug overdose April 6th, 2021. At that point his life just downward spiraled. He was so young and still only nineteen years old, Nolan has a loving family who miss him very much. The past few years our famaily has been torn apart. I ask you please consider giving him

the minimum sentance. I thank you again for your time and reading this letter to hear my thoughts and views.

                Sincerely,
                Cassandra Rork